UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRISTIN COVEYOU,

    Plaintiff,

v.

UNKNOWN PIGGOTT and
UNKNOWN LAISURE,

    Defendants.
_____/

Case No. 1:24-cv-594

Hon. Ray Kent

## JUDGMENT

In accordance with the Opinion and Order entered this day, Judgment is entered in favor of defendants and against plaintiff Tristin Coveyou.

Dated:  August 26, 2025

/s/ Ray Kent
RAY KENT
United States Magistrate Judge